**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00856-CV

### IN THE INTEREST OF C.S.B AND R.D.B, CHILDREN

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-15158**

## ORDER

We **GRANT** appellant's September 2, 2014 motion to substitute counsel. We **DIRECT**

the Clerk of this Court to substitute Justin W. Low as counsel for appellant in the place of

Lawrence Friedman and LeAnn Diamond.

/s/      CRAIG STODDART
                JUSTICE